**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| TYESHA N. ISOM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 23-2854 (UNA) |
| | ) | |
| JOE BIDEN ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM OPINION**

This matter is before the Court on initial review of plaintiff's *pro se* complaint, ECF No. 1, and application for leave to proceed *in forma pauperis*, ECF No. 2. The Court will grant the *in forma pauperis* application and dismiss the case pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

Plaintiff fancies herself a politician, lobbyist and future candidate for the office of the President of the United States. Our current President, plaintiff alleges, fails to fulfill his oath of office. The complaint devolves into a disjointed, nonsensical expression of plaintiff's thoughts on immigration, the presence of persons of Haitian and Mexican origin in the United States, and the billions of dollars the President allegedly stole from plaintiff, among other topics.

"A complaint must contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'" *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (quoting *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007)). This complaint not only fails to state a plausible legal claim, but also lacks "an arguable basis either in law or in fact," *Neitzke v. Williams*, 490 U.S. 319, 325 (1989), rendering it subject to dismissal as frivolous, *see Denton v. Hernandez*, 504 U.S. 25, 33 (1992) (permitting dismissal of a complaint as frivolous "when the facts alleged rise to the level of the irrational or the wholly incredible"); *Hagans v. Lavine*, 415 U.S. 528, 536–37 (1974) ("Over the years, this Court has repeatedly held that the federal courts are without

1

power to entertain claims otherwise within their jurisdiction if they are 'so attenuated and unsubstantial as to be absolutely devoid of merit.'") (quoting *Newburyport Water Co. v. Newburyport*, 193 U.S. 561, 579 (1904)); *Tooley v. Napolitano*, 586 F.3d 1006, 1010 (D.C. Cir. 2009) (examining cases dismissed "for patent insubstantiality").

A separate order accompanies this memorandum opinion.


DATE: October 19, 2023                          JIA M. COBB
                                                United States District Judge